IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02118-LTB

LEODANIS QUIALA DOMINGUEZ RODRIGUEZ, by and through his next friend, Maria Luz Dominguez Rodriguez,

Petitioner,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, Denver Contract Detention Facility,

Respondent.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order entered by Lewis T. Babcock, Senior District Judge, on June 30, 2026, it is hereby

ORDERED that Judgment is entered in favor of Respondent and against Petitioner.

DATED at Denver, Colorado, this 30 day of June, 2026.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk


By: s/G. Gillen
Deputy Clerk